UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| Emil Washington,<br>        Plaintiff,<br><br>v.<br><br>Pfizer & Co., Inc., *et al.*,<br>        Defendants. | No. 1:24-cv-1262<br><br>Honorable Paul L. Maloney |

## JUDGMENT

In accordance with the memorandum opinion and order entered on this date (ECF No. 9), and pursuant to Fed. R. Civ. P. 58, **JUDGMENT** hereby enters.

**THIS ACTION IS TERMINATED.**

**IT IS SO ORDERED.**

Date:  May 21, 2025                           /s/ Paul L. Maloney
                                              Paul L. Maloney
                                              United States District Judge